UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RESILIENT LIFE CARE, LLC,

    Plaintiff,                                      Case No. 22-cv-12382
                                                   Hon. Matthew F. Leitman
v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED
### MOTION TO MODIFY SCHEDULING ORDER (ECF No. 18)

On September 22, 2023, Plaintiff Resilient Life Care, LLC ("RLC") filed an unopposed motion to modify the Court's Scheduling Order. (*See* ECF No. 18.) The Court previously modified the schedule in this matter to give the parties additional time to complete discovery, and, at that time, the Court indicated that it would not further extend the Scheduling Order.

The Court has carefully reviewed RLC's motion and concludes that one **final** extension of the Scheduling Order is appropriate. Accordingly, RLC's motion is **GRANTED**. The Scheduling Order in this matter is modified as follows:

    Fact Discovery Cutoff: November 24, 2023

    Rule 26(a)(2) Proponent Expert Disclosures: October 24, 2023

    Rule 26(a)(2) Rebuttal Expert Disclosures: November 24, 2023

1

Expert Discovery Cutoff: December 28, 2023

Dispositive Motions and Challenges to Experts: January 24, 2024

Rule 26(a)(3) Pretrial Disclosures: April 8, 2024

Motions in Limine: May 6, 2024

Final Pretrial Order: May 27, 2024

Final Pre-trial Conference: To be determinate by the Court at a later date.

Trial Date: To be determinate by the Court at a later date.

**There will be no further extensions** to the Scheduling Order in this case.

**IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 25, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2023, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126