UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RESILIENT LIFE CARE, LLC,

    Plaintiff,                                                Case No. 22-cv-12382
                                                         Hon. Matthew F. Leitman

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,

    Defendant.
_____/

**ORDER TERMINATING ALL PENDING MOTIONS WITHOUT
PREJUDICE (ECF Nos. 36, 37, 38, 39, 40, 41, 42)**

    On February 7, 2025, the Court held an on-the-record status conference in this action. During that conference, the parties informed the Court that this matter has essentially been settled. By agreement of the parties, all pending motions in this case (ECF Nos. 36-42) are **TERMINATED WITHOUT PREJUDICE**. The motions may be reinstated, if necessary, if the parties are unable to reach a final settlement. The Court will hold an additional status conference in approximately 30 days to receive an update from the parties on the progress of finalizing the settlement.

    **IT IS SO ORDERED**.

                                                                s/Matthew F. Leitman
                                                                MATTHEW F. LEITMAN
                                                                 UNITED STATES DISTRICT JUDGE

Dated: February 7, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 7, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
